UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DAVID DRUGS, INC. | ) | Case No.  18-12699-LSS |
| | ) | Chapter 7 |
| Debtor | ) | |

**DESIGNATION AS ASSET CASE
AND REQUEST TO SET CLAIMS BAR DATE**

Steven H. Greenfeld, Trustee, reports that he has reviewed the Schedules and Statements of the debtor(s) and/or questioned the debtor(s) and believes this case may contain assets administrable for the benefit of creditors of the estate.

The Trustee hereby asks the Clerk of the Bankruptcy Court to notify creditors to file Proof of Claims pursuant to 11 U.S.C. Section 501 and Bankruptcy Rule 3002.

Respectfully submitted,

COHEN BALDINGER & GREENFELD, LLC

Date:  March 8, 2018          By: */s/ Steven H. Greenfeld*
                                    Steven H. Greenfeld
                                    2600 Tower Oaks Boulevard
                                    Suite 103
                                    Rockville,  MD    20852
                                    (301) 881-8300
                                    Counsel for the Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Designation will be served electronically via the Court's CM/ECF system on the following:

James D. Ealley, Esq.
*Counsel for the Debtor*

Kristine D Brown, Esq.
H. Tucker Dewey, Esq.
Michael T Freeman, Esq.
Hugh Justin Green, Esq.
Michael J. Klima, Esq.
Kimberly Brooke Lane, Esq.
Mark David Meyer, Esq.

I hereby further certify that on the 20th day of November 2017, a copy of the foregoing Application, along with the accompanying Designation was also mailed, first class mail, postage prepaid to:

*/s/ Steven H. Greenfeld*
Steven H. Greenfeld