United States Bankruptcy Court
District of Maryland

In re:                                                                        Case No. 18-12699-LSS
David Drugs, Inc.                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0           User: admin              Page 1 of 2              Date Rcvd: Mar 09, 2018
                               Form ID: ntcfilpc        Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.

```
db         +David Drugs, Inc.,    6110 Old Silver Hill Road,    District Heights, MD 20747-2111
30500039   +ABC Burglar Alarm Systems, Inc.,    1532 A&B Pointer Ridge Place,    Bowie, MD 20716-1883
30500040    AFLAC,    Remittance Processing Services,    1932 Wynnton Road,    Columbus, GA 31999-0797
30500041   +Alpine Health,    601 Penhorn Avenue #1,    Secaucus, NJ 07094-2137
30500043   +Anthony Copeland,    3411 Claire Drive, #02,    Suitland, MD 20746-2511
30500045   +Ashley Wood,    2621 Nicholson Street, Apartment 204,    Hyattsville, MD 20782-2654
30500050    BSN Medical Inc.,    P. O. Box 751766,    Charlotte, NC 28275-1766
30500048   +Briggs Healthcare,    4900 University Avenue, Suite 200,    West Des Moines, IA 50266-6733
30500049   +Brighttree,    1735 North Brown Road, Suite 500,    Lawrenceville, GA 30043-8228
30500051    Calvert Trash Systems, Inc.,    P. O. Box 9001099,    Louisville, KY 40290-1099
30500052    Cardinal Health System,    5958 Collections Center Drive,    Chicago, IL 60693-5952
30500053   +Care Apparel,    127-09 91st Avenue,    Richmond Hill, NY 11418-3314
30500054   +Clive Gray,    4311 3rd Street SE, #3,    Washington, DC 20032-3209
30500055    Comcast,    P. O. Box 3005,    Southeastern, PA 19398-3005
30500103   +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
             Baltimore, MD 21201-2305
30500057   +Contour Products, Inc.,    1430 West Pointe Drive, Suite K,    Charlotte, NC 28214-9289
30500058    DJO Global,    P. O. Box 650777,    Dallas, TX 75265-0777
30500059   +Donald Calloway,    2900 St. Claire Drive, #519,    Temple Hills, MD 20748-1659
30500060   +Drive Medical Design,    99 Seaview Boulevard, Suite 210,    Port Washington, NY 11050-4632
30500062   +EZ-Access,    700 Milwaukee Avenue North,    Auburn, WA 98001-7408
30500061   +Endit!,    407 Lightwood Lane,    Shallotte, NC 28470-5259
30500064    Graham-Field Health Products,    P. O. Box 47510,    Atlanta, GA 30362-0510
30500065   +HD Smith Drug LLC,    670 Belleville Turnpike,    Kearny, NJ 07032-4407
30500067   +Invacare Innovation in Health Care,    One Invacare Way,    Elyria, OH 44035-4190
30500068   +James Thompson,    13814 Stroh Court,    Accokeek, MD 20607-3780
30500069   +Knit-Rite, Inc.,    120 Osage Avenue,    Kansas City, KS 66105-1415
30500070    McKesson Medical-Surgical,    c/o Minnesota Supply, Inc.,    P. O. Box 630693,
             Cincinnati, OH 45263-0693
30500071   +McKesson Pharmacy Systems,    c/o Altus GTS Inc.,    2400 Veterans Memorial Blvd, Suite 300,
             Kenner, LA 70062-8725
30500072   +Medbasix Acquisition Company,    10404 West State Road 84,    Davie, FL 33324-4262
30500073    Medi USA, L.P.,    P. O. Box 890107,    Charlotte, NC 28289-0107
30500074   +Medline Industries, Inc.,    c/o The CKB Firm,    30 North LaSalle Street, Sutie 1520,
             Chicago, IL 60602-2590
30500075   +Michael Ackard,    7412 Blackford Street,    Springfield, VA 22151-3102
30500076   +Mueller Sports Medicine Inc.,    1 Quench Drive,    Prairie Du Sac, WI 53578-2100
30500077   +Ovation Medical,    c/o Saturn Systems Collection,    2750 South Wadsworth, Suite D-102,
             Denver, CO 80227-3400
30500078   +Parkland Shopping Center, LLC,    4919 Bethesda Avenue, Suite 200,    Bethesda, MD 20814-5295
30500079    Penn National Insurance,    P. .O. Box 2257,    Harrisburg, PA 17105-2257
30500082   +Performance Health,    28100 Tourch Parkway, Suite 700,    Pittsburgh, PA 15250-0001
30500083    Pride Mobility Products Corp.,    182 Susquehanna Avenue,    Pittston, PA 18643-2694
30500102    Prince George's County,    Treasurer Division,    Room 1090,    Upper Marlboro, MD 20772
30500084    Professional Account Management, LLC,    P. O. Box 37038,    Milwaukee, WI 53203
30500085   +Progressive Commercial,    P. O. Box 94739,    Cleveland, OH 44101-4739
30500086    ROHO Group,    P. O. Box 956999,    Saint Louis, MO 63195-6999
30500087   +Shieldline Products,    1 University Plaza Drive, Suite 514,    Hackensack, NJ 07601-6229
30500088   +Skil-Care Corporation,    29 Wells Avenue,    Yonkers, NY 10701-8815
30500089    Staples Business Advantage,    Dept. DC, P. O. Box 415256,    Boston, MA 02241-5256
30500091    Surgical Appliance Industries Inc.,    3960 Rosslyn Drive,    Cincinnati, OH 45209-1195
30500092   +United Health Care,    4316 Rice Lake Road,    Duluth, MN 55811-4012
30500093   +Washington Gas,    101 Constitution Avenue, NW,    Washington, DC 20080-0001
30500094   +William R. Walsh, CPA,    14728 Flintstone Lane,    Silver Spring, MD 20905-5824
30500095   +Windmill Health Products,    10 Henderson Drive,    West Caldwell, NJ 07006-6608
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr         +EDI: QSHGREENFELD.COM Mar 10 2018 00:58:00      Steven H Greenfeld,
             Cohen, Baldinger & Greenfeld, LLC,    2600 Tower Oaks Blvd.,    Suite 103,
             Rockville, MD 20852-4281
30500044   +E-mail/Text: collections@arinet.com Mar 09 2018 20:08:21      ARI Network Services,
             10850 West Park Place, Suite 1200,    Milwaukee, WI 53224-3635
30500046   +EDI: CINGMIDLAND.COM Mar 10 2018 00:58:00      AT&T,    Attention: Bankruptcy Department,
             1801 Valley View Lane,    Farmers Branch, TX 75234-8906
30500047    EDI: CINGMIDLAND.COM Mar 10 2018 00:58:00      AT&T Mobility,    P. O. Box 6463,
             Carol Stream, IL 60197-6463
30500042    EDI: AMEREXPR.COM Mar 10 2018 00:58:00      American Express,    P. O. Box 1270,
             Newark, NJ 07101-1270
30500056   +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 09 2018 20:07:59
             Comcast Cable Communications, LLC,    Attention: Law Department-Bankruptcy,
             One Comcast Center,    Philadelphia, PA 19103-2833
30500063   +E-mail/Text: lthomas@goldentech.com Mar 09 2018 20:07:31      Golden Technologies,
             401 Bridge Street,    Old Forge, PA 18518-2323
```

```
District/off: 0416-0          User: admin              Page 2 of 2               Date Rcvd: Mar 09, 2018
                              Form ID: ntcfilpc        Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
30500066        E-mail/Text: fredbougher@invacare.com Mar 09 2018 20:07:50      Invacare,   P. O. Box 824056,
                 Philadelphia, PA 19182-4056
30500080        E-mail/Text: Bankruptcy_General@pepco.com Mar 09 2018 20:07:30       PEPCO,   P. O. Box 13608,
                 Philadelphia, PA 19101-3608
30500081        E-mail/Text: Bankruptcy_General@pepco.com Mar 09 2018 20:07:30       PEPCO,
                 701 Ninth Street, N.W.,    Washington, DC 20068
30500104       +E-mail/Text: UIBankruptcyNotices.DLLR@maryland.gov Mar 09 2018 20:08:27
                 State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                 Baltimore, MD 21201-2225
30500090        E-mail/Text: owen.thomas@sunmed.com Mar 09 2018 20:07:41      Sunrise Medical HHG Inc.,
                 P. O. Box 933056,    Atlanta, GA 31193-3056
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Steven H Greenfeld,    Cohen, Baldinger & Greenfeld, LLC,   2600 Tower Oaks Blvd.,   Suite 103,
                 Rockville, MD 20852-4281
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              Catherine Keller Hopkin    chopkin@yvslaw.com,   yvslawcmecf@gmail.com,r39990@notify.bestcase.com
              Steven H Greenfeld    trusteegreen@cohenbaldinger.com,   sgreenfeld@ecf.epiqsystems.com
                                                                                             TOTAL: 2
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18−12699 − LSS**   Chapter: **7**

**David Drugs, Inc.**
Debtor

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

*Notice is Given That:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since the notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court on or before:   6/6/18.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate. A claim may be filed in the office of the clerk of the bankruptcy court on an official form prescribed for as the proof of claim. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing a proof of claim.

*Any creditor who has filed a proof of claim already need NOT file another proof of claim.*

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office.

Dated: 3/8/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Chris Adams
Team Phone: 410−962−0795

Form ntcfilpc (rev. 12/2015)