| Fill in this information to identify the case: |
| --- |

Debtor name **David Drugs, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **18-12699-LSS**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................   $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................   $ _____130,551.82_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................   $ _____130,551.82_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____0.00_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ _____21,991.75_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ _____491,262.71_

4. Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b

   $ _____513,254.46_

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **David Drugs, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | **18-12699-LSS** |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **SunTrust Bank** | **checking** | **5014** | **$4,354.03** |
| 3.2. | **SunTrust Bank (overdrawn)** | **checking** | **4644** | **$0.00** |
| 3.3. | **Branch Banking & Trust Company** | **checking** | **5587** | **$563.56** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $4,917.59 |
|---|

**Part 2:**          **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**          **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **David Drugs, Inc.**
          Name                                                    Case number *(If known)*  **18-12699-LSS**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:     _____**30,594.46**_____ - _____**7,648.61**_____ = .... _____**$22,945.85**_____
                              face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:        _____**89,654.44**_____ - _____**22,413.61**_____ =.... _____**$67,240.83**_____
                              face amount                    doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                              | **$90,186.68** |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Inventory (see attached)** | 3/10/18 | **Unknown** | **Recent cost** | **$28,549.55** |

23.  **Total of Part 5.**                                                              | **$28,549.55** |
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____    Valuation method    _____    Current Value    _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **David Drugs, Inc.**
Name

Case number *(If known)*  **18-12699-LSS**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Office furniture, fixtures and computers (see depreciation schedule attached) | Unknown | Tax records | $3,429.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$3,429.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2006 Ford Econoline F150 Cargo (mileage is 329,684)** | $0.00 | KBB private sale | $1,090.00 |
| 47.2.  **2011 Chevrolet HHR (mileage is 199,684)** | $0.00 | KBB private sale | $2,379.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor  **David Drugs, Inc.**
      Name

Case number *(If known)* **18-12699-LSS**

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$3,469.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** kayceedrugs.com | **$0.00** | | **Unknown** |
| kayceemedicalequipment.com | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer lists | **$0.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** Goodwill | **$0.00** | | **Unknown** |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ☐ No

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 4

| Debtor | **David Drugs, Inc.** | Case number *(If known)* **18-12699-LSS** |
|---|---|---|
| | Name | |

■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **David Drugs, Inc.** | Case number *(If known)* | **18-12699-LSS** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,917.59 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $90,186.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $28,549.55 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,429.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,469.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $130,551.82 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $130,551.82 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| AR REPORTING AGING REPORT | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Company | 0 to 30 | 30 to 60 | 60 to 90 | 90 to 120 | over 120 | TOTAL |
| | | | | | | |
| DC Medicaid (ins) | | $ 4,836.52 | $ 4,452.36 | $ 3,566.20 | $ 22,947.92 | $ 36,803.00 |
| Md Medicaid (ins) | | $ 1,985.63 | $ 1,785.50 | $ 1,796.50 | $ 2,956.36 | $ 8,523.99 |
| BcBs (insurance) | $ 1,550.00 | $ 865.00 | $ 245.00 | $ 5,850.20 | $ 6,991.87 | $ 15,502.07 |
| Community Connections | | | | | | |
| Amerigroup | $ 1,354.86 | $ 256.36 | | | | $ 1,611.22 |
| Customers | 1858.24 | 1648.77 | 1910.23 | 1660.69 | 3167.69 | $ 10,245.62 |
| MTS | | 3256.36 | 4589.63 | 2563.69 | 38153.32 | $ 48,563.00 |
| | | | | | | |
| TOTALS | $ 4,763.10 | $ 12,848.64 | $ 12,982.72 | $ 15,437.28 | $ 74,217.16 | $ 121,248.90 |

**Physical Inventory as of 03-10-2018**

| | RETAIL | COST | USED Parts/rentals |
|---|---|---|---|
| Delivery Department | $ 2,758.00 | $ 1,379.00 | |
| Front Counter-1 | $ 508.95 | $ 254.48 | |
| Wall | $ 1,600.00 | $ 800.00 | |
| Front Counter-2 | $ 385.00 | $ 192.50 | |
| Front Counter-3 | $ 268.00 | $ 134.00 | |
| Front Counter-4 | $ 96.00 | $ 48.00 | |
| Front Counter-5 | $ 98.75 | $ 49.38 | |
| Front Counter-6 | $ 42.00 | $ 21.00 | |
| Front Counter-7 | $ 463.50 | $ 231.75 | |
| Front Counter-8 | $ 718.50 | $ 359.25 | |
| Front Counter-9 | $ 516.50 | $ 258.25 | |
| Front Counter-10 | $ - | $ - | |
| Front Counter 11 | $ 315.63 | $ 157.82 | |
| Rack | $ 2,093.00 | $ 1,046.50 | |
| Wall side | $ 3,569.50 | $ 1,784.75 | |
| Scooter Rack | $ 523.68 | $ 261.84 | $ 200.00 |
| Aisle 1 A | $ 315.00 | $ 157.50 | |
| Aisle 1 B | $ 218.00 | $ 109.00 | |
| Aisle 2 A | $ 816.00 | $ 408.00 | |
| Aisle 2 B | $ 2,825.00 | $ 1,412.50 | |
| Aisle 3 A | $ 2,923.00 | $ 1,461.50 | |
| Aisle 3 B | $ 218.00 | $ 109.00 | $ 50.00 |
| Aisle 4 A | $ 425.00 | $ 212.50 | |
| Aisle 4 B | $ 283.60 | $ 141.80 | $ 100.00 |
| Aisle 5 A | $ 1,869.36 | $ 934.68 | |
| Aisle 5 B | $ 75.00 | $ 37.50 | |
| Office Wall | $ 318.00 | $ 159.00 | |
| Back Wall | $ 4,285.63 | $ 2,142.82 | |
| Behind Medical | $ 6,350.25 | $ 3,175.13 | |
| Upper Showroom | $ 17,500.00 | $ 8,750.00 | $ 600.00 |
| Fitting Room | $ 2,145.25 | $ 1,072.63 | |
| Repair room parts / Tools | | $ - | $ 2,550.00 |
| Basement Outer | | $ - | $ 200.00 |
| Basement Room | | $ - | $ 200.00 |
| Basement Middle | $ 750.00 | $ 375.00 | $ 1,200.00 |
| Basement Broken Equip | | $ - | $ 150.00 |
| Bathroom Area | $ 325.00 | $ 162.50 | |
| Room in Back by Server | $ 1,500.00 | $ 750.00 | |
| TOTAL | $ 57,099.10 | $ 28,549.55 | $ 5,250.00 |

# 4/30/17    2016 FEDERAL SUMMARY DEPRECIATION SCHEDULE    PAGE 1

**CLIENT 423**                    **DAVID DRUGS, INC.**                    **53-0224250**

2/25/18                                                                    11:14AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| FORM 1120 | | | | | | | | | | |
| | | | | | | | | | | |
| | AUTO / TRANSPORT EQUIPMENT | | | | | | | | | |
| | | | | | | | | | | |
| 2 | 2003 SONOMA | 4/07/03 | | 15,600 | | | 15,600 | 200DB MQ | 5 | 0 |
| 9 | GMC SAFARI | 5/24/05 | | 20,300 | | | 20,300 | 200DB HY | 5 | 0 |
| 24 | FORD VAN | 7/08/10 | | 5,778 | | | 5,778 | 200DB HY | 5 | 0 |
| 34 | CARMAX - VAN | 2/01/12 | | 15,086 | | | 10,161 | S/L HY | 5 | 1,875 |
| 36 | KIA SOUL - DARCARS | 10/22/12 | | 17,684 | | | 16,156 | 200DB HY | 5 | 1,019 |
| | TOTAL AUTO / TRANSPORT EQUI | | | 74,448 | | 0 | 67,995 | | | 2,894 |
| | FURNITURE AND FIXTURES | | | | | | | | | |
| | | | | | | | | | | |
| 3 | COMPUTER | 9/23/03 | | 1,212 | | | 1,212 | 200DB HY | 5 | 0 |
| 4 | PRINTERS | 3/15/04 | | 5,185 | | | 5,185 | 200DB HY | 5 | 0 |
| 5 | COMPUTER | 4/30/04 | | 1,383 | | | 1,383 | 200DB HY | 5 | 0 |
| 6 | COMPUTER | 4/30/04 | | 1,525 | | | 1,525 | 200DB HY | 5 | 0 |
| 7 | NDC PRINTER | 6/21/04 | | 1,903 | | | 1,903 | 200DB HY | 5 | 0 |
| 8 | MARYLAND COPIER - FAX | 7/05/04 | | 1,259 | | | 1,259 | 200DB HY | 5 | 0 |
| 11 | MCKESSON - COMPUTER | 8/20/05 | | 42,389 | | | 42,389 | 200DB HY | 5 | 0 |
| 12 | MCKESSON - COMPUTER | 10/04/05 | | 21,195 | | | 21,195 | 200DB HY | 5 | 0 |
| 13 | AM EXPRESS - COMPUTER | 12/12/05 | | 1,281 | | | 1,281 | 200DB HY | 5 | 0 |
| 14 | AM EXPRESS - COMPUTER | 2/04/06 | | 1,248 | | | 1,248 | 200DB HY | 5 | 0 |
| 15 | ADP PAYROLL SCANNER | 7/18/06 | | 900 | | | 900 | 200DB MQ | 5 | 0 |
| 17 | MCKESSON - AUTOMATION EQU | 5/01/06 | | 42,389 | | | 42,389 | 200DB MQ | 5 | 0 |
| 18 | FURN&EQUIP-CHASE MC | 7/13/07 | | 461 | | | 461 | 200DB HY | 7 | 0 |
| 19 | COMPUTER - A,MERICAN EXPR | 11/12/07 | | 1,973 | | | 1,973 | 200DB HY | 5 | 0 |
| 20 | CENTRIX FAX MACHINE | 1/09/09 | | 4,510 | | | 4,510 | 200DB HY | 7 | 0 |
| 21 | CCTV (MARLIN LEASING) | 6/05/08 | | 9,233 | | | 9,233 | 200DB HY | 7 | 0 |
| 22 | MARLIN LEASING CCTV | 7/01/09 | | 2,471 | | | 2,471 | 200DB HY | 7 | 0 |
| 23 | EQUIP (CHASE MASTERCARD) | 3/22/10 | | 1,505 | | | 1,505 | 200DB HY | 7 | 0 |
| 25 | TELEPHONE SYSTEM | 10/22/10 | | 20,752 | | | 17,973 | 200DB HY | 7 | 1,853 |
| 26 | 2 COMPUTERS FOR MED OFFIC | 8/12/11 | | 3,243 | | | 3,001 | S/L MQ | 5 | 242 |
| 27 | PRINTER (STU) | 9/08/11 | | 690 | | | 638 | S/L MQ | 5 | 52 |
| 28 | LEXMARK PRINTER | 9/12/11 | | 990 | | | 916 | S/L MQ | 5 | 74 |
| 29 | PERIPHALS (QS/1 DATA) | 10/11/11 | | 1,279 | | | 1,184 | S/L MQ | 5 | 95 |
| 30 | COUNTER TOPS (CHUCK) | 11/23/11 | | 265 | | | 166 | S/L MQ | 7 | 38 |
| 31 | SHELVING (LOWES) | 11/23/11 | | 555 | | | 346 | S/L MQ | 7 | 79 |
| 32 | COMPUTER&PRINTER (AMX) | 2/12/12 | | 1,253 | | | 738 | S/L MQ | 7 | 179 |
| 33 | PRINTER&BATTERY BU (AMX) | 3/12/12 | | 229 | | | 136 | S/L MQ | 7 | 33 |

| 4/30/17 | 2016 FEDERAL SUMMARY DEPRECIATION SCHEDULE | PAGE 2 |
|---|---|---|

| CLIENT 423 | DAVID DRUGS, INC. | 53-0224250 |
|---|---|---|

2/25/18                                                                                                                        11:14AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | EQUIP-CHASE CARD STU | 1/10/13 | | 383 | | | 383 | 200DB HY | 7 | 0 |
| 37 | FRONT CASH REGISTER(AMEX) | 12/01/14 | | 3,881 | | | 3,881 | 200DB HY | 5 | 0 |
| 38 | HEATER (CLEAN AIR MECH) | 8/11/15 | | 3,200 | | | 457 | 200DB HY | 7 | 784 |
| | TOTAL FURNITURE AND FIXTURE | | | 178,742 | | 0 | 171,841 | | | 3,429 |
| | IMPROVEMENTS | | | | | | | | | |
| 1 | LEASEHOLD IMPROVEMENTS | VARIOUS | | 37,689 | | | 31,691 | S/L  MM | 39 | 1,197 |
| 10 | LH IMPR PHARMACY DESIGN | 6/21/05 | | 3,826 | | | 2,677 | S/L  HY | 15 | 255 |
| 16 | PHARMACY DESIGN - LHI | 5/01/06 | | 25,000 | | | 16,461 | S/L  MQ | 15 | 1,667 |
| | TOTAL IMPROVEMENTS | | | 66,515 | | 0 | 50,829 | | | 3,119 |
| | TOTAL DEPRECIATION | | | 319,705 | | 0 | 290,665 | | | 9,442 |
| | GRAND TOTAL DEPRECIATION | | | 319,705 | | 0 | 290,665 | | | 9,442 |

**Fill in this information to identify the case:**

Debtor name   **David Drugs, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **18-12699-LSS**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |

Debtor name **David Drugs, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) **18-12699-LSS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$253.50** | **$253.50** |
| --- | --- | --- | --- | --- |

**Anthony Copeland**
**3411 Claire Drive, #02**
**Suitland, MD 20746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$422.50** | **$422.50** |
| --- | --- | --- | --- | --- |

**Anthony Copeland**
**3411 Claire Drive, #02**
**Suitland, MD 20746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**unpaid vacation**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **David Drugs, Inc.** | Case number (if known) | **18-12699-LSS** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.25 | $236.25 |
|---|---|---|---|---|

**Ashley Wood**
**2621 Nicholson Street, Apartment**
**204**
**Hyattsville, MD 20782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | $1,039.50 | $1,039.50 |
|---|---|---|---|---|

**Ashley Wood**
**2621 Nicholson Street, Apartment**
**204**
**Hyattsville, MD 20782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**unpaid vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | $610.50 | $610.50 |
|---|---|---|---|---|

**Clive Gray**
**4311 3rd Street SE, #3**
**Washington, DC 20032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | $3,700.00 | $3,700.00 |
|---|---|---|---|---|

**Clive Gray**
**4311 3rd Street SE, #3**
**Washington, DC 20032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**unpaid vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **David Drugs, Inc.** | Case number (if known) | **18-12699-LSS** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,700.00 | $2,700.00 |
|---|---|---|---|---|
| | **Donald Calloway**<br>**2900 St. Claire Drive, #519**<br>**Temple Hills, MD 20748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10,125.00 | $10,125.00 |
|---|---|---|---|---|
| | **Donald Calloway**<br>**2900 St. Claire Drive, #519**<br>**Temple Hills, MD 20748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**unpaid vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $832.50 | $832.50 |
|---|---|---|---|---|
| | **James Thompson**<br>**13814 Stroh Court**<br>**Accokeek, MD 20607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,072.00 | $2,072.00 |
|---|---|---|---|---|
| | **James Thompson**<br>**13814 Stroh Court**<br>**Accokeek, MD 20607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**unpaid vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **David Drugs, Inc.** | Case number (if known) | **18-12699-LSS** |
|---|---|---|---|

Name

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**ABC Burglar Alarm Systems, Inc.**
**1532 A&B Pointer Ridge Place**
**Bowie, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**AFLAC**
**Remittance Processing Services**
**1932 Wynnton Road**
**Columbus, GA 31999-0797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**Alpine Health**
**601 Penhorn Avenue #1**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32,500.00 |
|---|---|---|---|

**American Express**
**P. O. Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**ARI Network Services**
**10850 West Park Place, Suite 1200**
**Milwaukee, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **web management**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $375.63 |
|---|---|---|---|

**AT&T Mobility**
**P. O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **telephone service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $244.13 |
|---|---|---|---|

**Briggs Healthcare**
**4900 University Avenue, Suite 200**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **David Drugs, Inc.** | Case number (if known) | **18-12699-LSS** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$680.00** |
|---|---|---|---|

**Brighttree**
**1735 North Brown Road, Suite 500**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,253.44** |
|---|---|---|---|

**BSN Medical Inc.**
**P. O. Box 751766**
**Charlotte, NC 28275-1766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$394.16** |
|---|---|---|---|

**Calvert Trash Systems, Inc.**
**P. O. Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,802.54** |
|---|---|---|---|

**Cardinal Health System**
**5958 Collections Center Drive**
**Chicago, IL 60693-5952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$580.80** |
|---|---|---|---|

**Care Apparel**
**127-09 91st Avenue**
**Richmond Hill, NY 11418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles Cavanaugh, III**
**8210 Elsies Way**
**Laurel, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __loans to business__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.21** |
|---|---|---|---|

**Comcast**
**P. O. Box 3005**
**Southeastern, PA 19398-3005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __internet__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **David Drugs, Inc.** | Case number (*if known*) | **18-12699-LSS** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.79 |
|---|---|---|---|

**Comcast**
P. O. Box 3005
Southeastern, PA 19398-3005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  telephone

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $671.76 |
|---|---|---|---|

**Contour Products, Inc.**
1430 West Pointe Drive, Suite K
Charlotte, NC 28214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $426.50 |
|---|---|---|---|

**DJO Global**
P. O. Box 650777
Dallas, TX 75265-0777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,169.45 |
|---|---|---|---|

**Drive Medical Design**
99 Seaview Boulevard, Suite 210
Port Washington, NY 11050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $485.00 |
|---|---|---|---|

**Endit!**
407 Lightwood Lane
Shallote, NC 28470

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,933.61 |
|---|---|---|---|

**EZ-Access**
700 Milwaukee Avenue North
Auburn, WA 98001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.48 |
|---|---|---|---|

**Golden Technologies**
401 Bridge Street
Old Forge, PA 18518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **David Drugs, Inc.** | Case number (if known) | **18-12699-LSS** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,766.99**

**Graham-Field Health Products**
**P. O. Box 47510**
**Atlanta, GA 30362-0510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,973.94**

**HD Smith Drug LLC**
**670 Belleville Turnpike**
**Kearny, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,180.49**

**Invacare Innovation in Health Care**
**One Invacare Way**
**Elyria, OH 44036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$465.00**

**Knit-Rite, Inc.**
**120 Osage Avenue**
**Kansas City, KS 66105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,189.69**

**McKesson Medical-Surgical**
**c/o Minnesota Supply, Inc.**
**P. O. Box 630693**
**Cincinnati, OH 45263-0693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,453.39**

**McKesson Pharmacy Systems**
**c/o Altus GTS Inc.**
**2400 Veterans Memorial Blvd, Suite 300**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,495.59**

**Medbasix Acquisition Company**
**10404 West State Road 84**
**Davie, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **David Drugs, Inc.** | Case number (if known) | **18-12699-LSS** |
|---|---|---|---|

Name

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,413.01** |
|---|---|---|---|

**Medi USA, L.P.**
**P. O. Box 890107**
**Charlotte, NC 28289-0107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,177.91** |
|---|---|---|---|

**Medline Industries, Inc.**
**c/o The CKB Firm**
**30 North LaSalle Street, Sutie 1520**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118,136.54** |
|---|---|---|---|

**Michael Ackard**
**7412 Blackford Street**
**Springfield, VA 22121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __loans to business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,700.00** |
|---|---|---|---|

**Michael Ackard**
**7412 Blackford Street**
**Springfield, VA 22121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __additional loans to business (line of credit)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Mattie**
**3211 SW 42nd Street. Unit 216**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __loans to business__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$980.00** |
|---|---|---|---|

**Mueller Sports Medicine Inc.**
**1 Quench Drive**
**Prairie Du Sac, WI 53578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$911.67** |
|---|---|---|---|

**Ovation Medical**
**c/o Saturn Systems Collection**
**2750 South Wadsworth, Suite D-102**
**Denver, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **David Drugs, Inc.** | Case number *(if known)* | **18-12699-LSS** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,066.04** |
|---|---|---|---|

**Parkland Shopping Center, LLC**
**4919 Bethesda Avenue, Suite 200**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __rent__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|

**Penn National Insurance**
**P. .O. Box 2257**
**Harrisburg, PA 17105-2257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __insurance__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$594.78** |
|---|---|---|---|

**PEPCO**
**P. O. Box 13608**
**Philadelphia, PA 19101-3608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __utilities__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$381.51** |
|---|---|---|---|

**Performance Health**
**28100 Tourch Parkway, Suite 700**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __trade debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,109.99** |
|---|---|---|---|

**Pride Mobility Products Corp.**
**182 Susquehanna Avenue**
**Pittston, PA 18643-2694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __trade debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
|---|---|---|---|

**Professional Account Management, LLC**
**P. O. Box 37038**
**Milwaukee, WI 53203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __unpaid tickets__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,254.60** |
|---|---|---|---|

**Progressive Commercial**
**P. O. Box 94739**
**Cleveland, OH 44101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __insurance__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | David Drugs, Inc. | Case number (if known) | 18-12699-LSS |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$465.00** |
|---|---|---|---|

**ROHO Group**
P. O. Box 956999
Saint Louis, MO 63195-6999

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,568.50** |
|---|---|---|---|

**Shieldline Products**
1 University Plaza Drive, Suite 514
Hackensack, NJ 07601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$318.54** |
|---|---|---|---|

**Skil-Care Corporation**
29 Wells Avenue
Yonkers, NY 10701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$456.50** |
|---|---|---|---|

**Staples Business Advantage**
Dept. DC, P. O. Box 415256
Boston, MA 02241-5256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.35** |
|---|---|---|---|

**Sunrise Medical HHG Inc.**
P. O. Box 933056
Atlanta, GA 31193-3056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Surgical Appliance Industries Inc.**
3960 Rosslyn Drive
Cincinnati, OH 45209-1195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,483.11** |
|---|---|---|---|

**United Health Care**
4316 Rice Lake Road
Duluth, MN 55811

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **David Drugs, Inc.** | Case number (if known) | **18-12699-LSS** |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.68 |
|---|---|---|---|
| | **Washington Gas**☐ | ☐ Contingent | |
| | **101 Constitution Avenue, NW** | ☐ Unliquidated | |
| | **Washington, DC 20080** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _utilities_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,315.00 |
|---|---|---|---|
| | **William R. Walsh, CPA** | ☐ Contingent | |
| | **14728 Flintstone Lane** | ☐ Unliquidated | |
| | **Silver Spring, MD 20905** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _accounting services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.39 |
|---|---|---|---|
| | **Windmill Health Products** | ☐ Contingent | |
| | **10 Henderson Drive** | ☐ Unliquidated | |
| | **West Caldwell, NJ 07006** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT&T** **Attention: Bankruptcy Department** **1801 Valley View Lane** **Farmers Branch, TX 75234** | Line **3.6** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Comcast Cable Communications, LLC** **Attention: Law Department-Bankruptcy** **One Comcast Center** **Philadelphia, PA 19103-2838** | Line **3.14** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Comcast Cable Communications, LLC** **Attention: Law Department-Bankruptcy** **One Comcast Center** **Philadelphia, PA 19103-2838** | Line **3.15** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Invacare** **P. O. Box 824056** **Philadelphia, PA 19182-4056** | Line **3.24** ☐ Not listed. Explain ____ | _ |
| 4.5 | **McKesson Corporation** **One Post Street** **San Francisco, CA 94104** | Line **3.27** ☐ Not listed. Explain ____ | _ |
| 4.6 | **PEPCO** **701 Ninth Street, N.W.** **Washington, DC 20068** | Line **3.38** ☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **David Drugs, Inc.** | Case number (if known) | **18-12699-LSS** |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 21,991.75 |
| **5b. Total claims from Part 2** | 5b. + | $ | 491,262.71 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 513,254.46 |

**Fill in this information to identify the case:**

Debtor name **David Drugs, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known) **18-12699-LSS**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **telephone system** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Comcast** <br> **P. O. Box 3005** <br> **Southeastern, PA 19398-3005** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **cash register system (Clover)** <br><br> State the term remaining <br><br> List the contract number of any government contract | **First Data Global Leasing** <br> **5505 Glenridge Connector NE, Suite 200** <br> **Atlanta, GA 30342** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest **lease for store location at 6110 Old Silverhill Road, District Heights, MD** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Parkland Shopping Center, LLC** <br> **4919 Bethesda Avenue, Suite 200** <br> **Bethesda, MD 20814** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **David Drugs, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **18-12699-LSS**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Michael Ackard | 7412 Blackford Street<br>Springfield, VA 22121 | Parkland Shopping Center, LLC | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **David Drugs, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **18-12699-LSS**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 15, 2018**      *X* **/s/ Charles Cavanaugh, III**
Signature of individual signing on behalf of debtor

**Charles Cavanaugh, III**
Printed name

**President**
Position or relationship to debtor