IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| DAVID DRUGS, INC. | * | Case No: 18-12699-LSS |
| | | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2018, copies of the Notice of Chapter 7 Bankruptcy Case [Dkt. # 4] and the Notice of Need to File Proof of Claim Due to Recovery of Assets [Dkt. # 8] were mailed first class, postage prepaid to the additional notice parties shown on the attached service list.

        /s/ Catherine Keller Hopkin
Catherine Keller Hopkin, 28257
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044
(443) 569-0788
chopkin@yvslaw.com

Counsel for Debtor

Charles Cavanaugh, III
(President of David Drugs, Inc.)
8210 Elsies Way
Laurel, Maryland  20723

Stewart Hess
(Treasurer of David Drugs, Inc.)
12850 Long Gun Drive
Dunkirk, Maryland  20754

Michael Mattie
(Secretary of David Drugs, Inc.)
3211 SW 42nd Street. Unit 216
Ocala, Florida  34471

McKesson Corporation
One Post Street
San Francisco, California  94104
(additional notice address)