## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DAVID DRUGS, INC. | ) | Case No. 18-12699-LSS |
| | ) | Chapter 7 |
| Debtor. | ) | |

## NOTICE OF INTENTION TO AUCTION PROPERTY

COMES NOW Steven H. Greenfeld, Trustee in the above-captioned matter, by and through counsel, Cohen Baldinger & Greenfeld, LLC, and pursuant to §363 of the Bankruptcy Code states, unless objection or request for hearing is filed with the Clerk of the Bankruptcy Court and served upon the Trustee's undersigned counsel within twenty-one (21) days from the date of this Notice, the Trustee will proceed to sell the following:

<u>Property known as:</u>    All of the estate's interest in the Debtor's inventory, supplies, office furniture and office equipment and a 2006 Ford Econoline F150 Cargo Van, and a 2011 Chevrolet HHR (the "Property").

<u>Method of Sale:</u>    Said property to be sold at public auction to be conducted by J.G. Cochran Auctioneers, Hagerstown, Maryland. Said auction shall take place on July 23, 2018 beginning at 5:00 p.m.

<u>Auctioneer's Fees:</u>    Said auctioneer will be entitled to a fee equal to twenty-five percent (25.0%) of the gross sales price plus reimbursement for costs associated with moving the Property to the J.G. Auction Complex.

<u>Value of Property:</u>    The property in question has not been appraised. The Debtor has listed the Property as having a value of slightly in excess of thirty-five thousand dollars ($35,000.00) in the schedules filed herein. The Trustee believes that amount is overstated and theat the Property is worth closer to twenty thousand dollars ($20,000.00)

It is the Trustee's belief that the proposed sale is in the best interest of the estate and the proposed sale terms are fair and reasonable and in accordance with the present market for said

property.  The proceeds from the sale of the Property, after the satisfaction of the costs of sale, will be held by the Trustee pending further approval of this Court.

Any objections to the foregoing should be filed, in writing, and in accordance with Local Rule 19, with a copy to the undersigned, with the United States Bankruptcy Court for the District of Maryland, Suite 300, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.  The Bankruptcy Rules provide a period of twenty-one (21) days for the filing of such objections.  **The deadline for filing objections is July 9, 2018..  In the event a timely objection is filed, or it the Court determines that a hearing is necessary, such hearing will be held on July 11,  2018 at 10:00 A.M. in Courtroom 3-D.**

Dated:  June 11, 2018                                  Respectfully submitted,

COHEN BALDINGER & GREENFELD, LLC


By: */s/ Steven H. Greenfeld*
            Steven H. Greenfeld, Bar No. 06744
            2600 Tower Oaks Boulevard
            Suite 103
            Rockville, MD 20852
            (301) 881-8300
            Email: steveng@cohenbaldinger.com
            *Counsel for the Trustee*